UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                              )
Karen Parker                        )
                                    )
                                    )      Case No. 12-45010
         Debtor(s)                  )      Chapter 13
                                    )

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT THE DEBTOR HAS FILED THIS MOTION TO USE INSURANCE PROCEEDS.  FAILURE TO RESPOND TO THIS MOTION WITHIN 21 DAYS OF THE DATE OF THIS MOTION MAY RESULT IN A DEFAULT ORDER BEING GRANTED.  IF AN OBJECTION IS FILED, IT MUST BE SERVED ON SEAN C PAUL, ATTORNEY FOR DEBTOR, 8917 GRAVOIS RD, ST LOUIS MO 63123 AND ON JOHN V. LABARGE, TRUSTEE, P.O. BOX 430908, ST. LOUIS, MO 63143.  ANY OBJECTION MUST BE FILED IN WRITING WITH THE BANKRUPTCY COURT, 111 S. 10TH STREET, 4TH FLOOR, ST. LOUIS, MO 63102

## DEBTORS' MOTION TO RETAIN BALANCE OF INSURANCE PROCEEDS

COMES NOW Debtor, and for this Motion, states to the Court as follows:

1.      Debtor filed for relief on 05/23/2012.  The Plan was first confirmed on 07/18/2012.

2.      The Debtor's confirmed plan calls for payments to be made to Alliance Credit Union.  The loan is secured by a 2005 Ford Focus.

3.      The debtor was recently in a car accident.  As a result of that accident, the 2005 Ford Focus was totaled.

4.      Debtor's loss was insured, and the insurance company State Farm, has paid Alliance Credit Union that balance of $1,372.07.  The insurance company is holding an equity check for the debtor in the amount of $3538.73.

5.      Debtor is in need of another vehicle.  As such, debtor requests permission to use the $3538.73 to purchase a vehicle and to pay for any needed repairs, and pay taxes and licensing.  Debtor does not plan to finance any portion of this transaction.  If debtor has any funds left over after purchasing the vehicle, making any reasonable repairs to it, and paying title and licensing, debtor will turn over that balance to the Chapter 13 Trustee.

WHEREFORE, Debtor(s) pray that this Motion be granted and that debtor be permitted to use the $3538.73 to purchase a vehicle.

Dated: 04/23/2014

/s/ Sean C. Paul
Sean C. Paul 59371MO
8917 Gravois Rd
St. Louis MO 63123
314-827-4027
314-222-0619 FAX
scp@stlbankruptcyfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above-named Debtor(s) Motion to Retain Tax Refund and Notice were served by the ECF System electronically or by First Class Mail to all parties on the attached matrix on April 23, 2014.

Respectfully Submitted,

/s/ Sean C. Paul
Sean C. Paul

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0865-4<br>Case 12-45010<br>Eastern District of Missouri<br>St. Louis<br>Wed Apr 23 11:26:09 CDT 2014 | ALLIANCE CREDIT UNION<br>575 RUDDER RD<br>FENTON, MO 63026-2005 | Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 |
| BANK OF AMERICA, N.A.<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065-6285 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CENTRAL FINL CONTROL (original creditor:<br>PO BOX 66051<br>ANAHEIM, CA 92816-6051 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CITFINGERHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD, MN 56303-0820 | CONSUMER COLLECTION MN (original credito<br>2333 GRISSOM DR<br>SAINT LOUIS, MO 63146-3322 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | FIRSTSOURCE ADVANTAGE (original creditor<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223-3366 | GECRB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | METABNK/FHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD, MN 56303-0820 | MIDLAND FUNDING (original creditor:CHASE<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123-2255 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Office of U.S. Trustee<br>111 South Tenth Street<br>Suite 6353<br>St. Louis, MO 63102-1125 |
| Orthopedic Specialists PC<br>PO Box 790051<br>St. Louis MO  63179-0051 | PORTFOLIO RECVRY&AFFIL (original credito<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502-4962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SOUTHN CML B<br>5515 S GRAND<br>ST LOUIS, MO 63111-1899 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Shop N Save<br>Attn. Payroll Department<br>2501-1 W. Grandview Rd<br>Phoenix, AZ 85023-3105 |
| John V. LaBarge Jr<br>Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143-0908 | Karen R. Parker<br>270 Kingston Dr. Apt A<br>St. Louis, MO 63125-2908 | MaryAnn G. Kier<br>The Law Offices of Paul and Kier, PC<br>8917 Gravois Rd.<br>St. Louis, MO 63123-4623 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAP ONE                    Portfolio Recovery Associates, LLC    SPRINGLEAF FINANCIAL
PO BOX 85520               PO Box 12914                          600 N KING ST
RICHMOND, VA 23285         Norfolk VA 23541                      WILMINGTON, DE 19801



End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26
```